

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NEM
F. #2019R00119

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2024

By Email and ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Luis Rivas
                  Criminal Dockets No. 18-398 (RPK)/19-69 (PKC)

Dear Judge Kovner and Judge Chen:

        On February 8, 2024, the Honorable Rachel P. Kovner sentenced the defendant to 420 months' imprisonment following his conviction for racketeering, in violation of Title 18, United States Code, Section 1962(c).  On April 23, 2024, the Honorable Pamela K. Chen sentenced the defendant to 70 months' imprisonment, 60 months of which shall run consecutive to his 420-month sentence, following his conviction for assault in-aid-of racketeering, in violation of Title 18, United States Code, Section 1959(a)(3).

        The government respectfully submits this letter for the record, and in advance of any potential post-conviction litigation by the defendant.  On April 27, 2024, at approximately 9:06 a.m., the defendant and two other MS-13 members housed at the Metropolitan Detention Center in Brooklyn, New York, brutally assaulted another inmate.  Video of this assault is attached hereto as Exhibit A.  In the video, the victim can be seen sitting peacefully on the right side of the screen – relaxing with his feet up.  At approximately 0:33 in the video, the defendant approaches the victim, takes something from his waistband, and then stabs the victim with it.  Two other MS-13 members then come to the defendant's aid and assist the defendant in punching and stabbing the victim repeatedly.

Photographs of the defendant after he assaulted the victim are below.  As can be seen in the bottom-right picture, the defendant's hands are covered in the victim's blood.



After the assault, the victim of the defendant's attack was taken to MDC's medical unit and then to a hospital to treat the approximately 44 stab wounds to his back, chest, abdomen, right arm and legs.

An approximately 5.5-inch flat metal item that had been sharpened to a point and an approximately 10.5-inch metal object that had been sharpened to a point were recovered from the defendant and one of the other assailants.  Photographs of these weapons are included below:

2





      The defendant was thereafter charged by the MDC with (1) Assaulting any person; (2) Possession, manufacture, or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, ammunition, or any instrument used as a weapon; and (3) Refusing to obey an order of any staff member.

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                    By:     /s/
                            Nadia E. Moore
                            Assistant U.S. Attorney
                            (718) 254-7000